# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 5:15-cr-69-RLV |
| v. | ) | |
| (2) CODEY WAYNE MICHAELS | ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Codey Wayne Michaels in the Bill of Indictment in the above-captioned case, because he has entered a guilty plea to the bill of information in the related case of 5:15-cr-76-RLV.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Codey Wayne Michaels in the above-captioned Bill of Indictment be dismissed without prejudice.

Signed: December 29, 2015

Richard L. Voorhees
United States District Judge